1  HELANE L. MORRISON (CA Bar No. 127752)
   JOHN S. YUN (CA Bar No. 112260)
2  CAROLYN A. SAMIERE (CA Bar No. 118353)

3  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
4  44 Montgomery Street, Suite 1100
   San Francisco, California 94104
5  Telephone: (415) 705-2500
   Telecopy: (415) 705-2501

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL A. OFSTEDAHL, ROBERT D. RUTNER and WILLIAM K. KUNCZ,<br><br>Defendants, | Civil Action No.<br>C-02-03685-JW<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MISCELLANEOUS ADMINISTRATIVE APPLICATION FOR APPOINTMENT OF TAX ADMINISTRATOR<br><br>Date: NA<br>Time: NA<br>Judge: James Ware |

Tax Administrator Order
C-02-03685-JW

## ORDER APPOINTING TAX ADMINISTRATOR

Pursuant to Local Rule 7-11 of the Northern District of California, plaintiff Securities and Exchange Commission ("Commission") has submitted to the Court an unopposed miscellaneous administrative application for the appointment of Damasco & Associates, LLP as the tax administrator for the $648,956.53 in disgorgement and the $31,522.74 in pre-judgment interest (for a total of $680,479.27) that defendant Robert D. Rutner ("Rutner") paid to the Clerk of the Court under the Final Judgment of Permanent Injunction and Other Legal and Equitable Relief, as amended, that this Court entered against him. Under Internal Revenue Service regulations, the money in the court's registry might constitute a "qualified settlement fund" for which income taxes may be owed on the post-judgment interest that has been accruing on Rutner's payments. The Commission therefore requests the Court's authorization to have Damasco & Associates perform all of the necessary tax work -- including preparation of tax returns and payment of taxes -- under the fee schedule that the firm has negotiated with the Commission. Those fees will be paid from the amounts that Rutner deposited into the court's registry.

GOOD CAUSE APPEARING, the Court finds that the appointment of a tax administrator is appropriate and that Damasco & Associates, LLP is qualified to fulfil that role in this case. The Court therefore authorizes Damasco & Associates to prepare and file all necessary tax returns and to arrange all necessary payment of income taxes (and if necessary interest and penalties) from the funds in the court's registry for this proceeding. Subject to the Court's review, Damasco & Associates may submit a claim for payment from the court's registry for payment of its professional fees and costs.

So Ordered.

DATED: December 18, 2006

*Judge James Ware*
United States District Court

Tax Administrator Order
C-02-03685-JW

1