MARC J. FAGEL (CA Bar No. 154425)
JOHN S. YUN (CA Bar No. 112260)
email: yunj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone: (415) 705-2500
Telecopy: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL A. OFSTEDAHL, ROBERT D. ) <br> RUTNER and WILLIAM K. KUNCZ, ) <br> ) <br> Defendants, ) | Civil Action No. <br> C-02-03685-JW <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MISCELLANEOUS ADMINISTRATIVE APPLICATION FOR PAYMENT OF TAXES AND OF TAX ADMINISTRATOR FEES <br><br> Date: NA <br> Time: NA <br> Judge: Lucy H. Koh |

# ORDER AUTHORIZING TAX AND FEE PAYMENTS

Pursuant to Local Rule 7-11 of the Northern District of California, plaintiff Securities and Exchange Commission ("Commission") has submitted to the Court a miscellaneous administrative application for an Order (1) approving the payment by no later than October 5, 2012 of $1,300.18 in interest to the Internal Revenue Service ("IRS") for the 2006 tax year relating to funds in the court's registry for this case and (2) authorizing the payment of $2,993.92 to Damasco & Associates, LLP ("Damasco") as its tax administrator fees for negotiating the waiver or abatement of possible penalties and interest by the IRS.

The Commission's application arises from the prior payment by defendant Robert D. Rutner ("Rutner") of $648,956.53 in disgorgement and the $31,522.74 in pre-judgment interest (for a total of $680,479.27) into the court's registry pursuant to a stipulated judgment against him. The Commission subsequently obtained the Court's authorization to make distributions of most of those funds and accrued interest to investors. The Commission also obtained the Court's authorization to retain Damasco & Associates to provide tax administration services relating to the interest accruing in the court's registry on the funds deposited for this case. At the current time, there is approximately $40,500 remaining in the court's registry for this case.

GOOD CAUSE APPEARING, the Court hereby authorizes the payment of $1,300.48 in interest to the IRS from funds in the court's registry. The Clerk of the Court is directed to issue as soon as possible a check in the amount of $1,300.48 payable to "Damasco & Associates, Trust Account" and addressed to Damasco & Associates LLP, 700 Monte Vista Lane, Half Moon Bay, CA 94019. The check should bear Employer Identification Number 27-1001792. Damasco & Associates may then pay those funds to the IRS.

GOOD CAUSE APPEARING, the Court also authorizes the payment to Damasco of $2,993.92 in tax administrator fees from the funds in the court's registry. The Clerk of the Court is authorized to issue a check in the amount of $2,993.92 payable to "Damasco & Associates LLP" at 700 Monte Vista Lane, Half Moon Bay, CA 94019 for Invoice No. 29803.

SO ORDERED.

DATED: October 15, 2012

_____
Lucy H. Koh
United States District Court Judge