MICHAEL S. DICKE (CA Bar No. 158187)
JOHN S. YUN (CA Bar No. 112260)
email: yunj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone: (415) 705-2500
Telecopy: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL A. OFSTEDAHL, ROBERT D. RUTNER and WILLIAM K. KUNCZ,<br><br>    Defendants, | Civil Action No.<br>C-02-03685-LHK<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR ADMINISTRATIVE RELIEF FOR PAYMENT OF TAX ADMINISTRATOR FEES<br><br>Date: NA<br>Time: NA<br>Judge: Lucy H. Koh |

Tax Fee Payment Order
C-02-03685-LHK

**ORDER AUTHORIZING TAX AND FEE PAYMENTS**

Pursuant to Local Rule 7-11 of the Northern District of California, plaintiff Securities and Exchange Commission ("Commission") has submitted to the Court a motion for administrative relief authorizing the payment of $1,585.00 to Damasco & Associates, LLP ("Damasco") as its tax administrator fees for preparing the federal and California tax returns for the 2012 tax year.

The Commission's application arises from the prior payment by defendant Robert D. Rutner ("Rutner") of $648,956.53 in disgorgement and the $31,522.74 in pre-judgment interest (for a total of $680,479.27) into the court's registry pursuant to a stipulated judgment against him. The Commission subsequently obtained the Court's authorization to make distributions of most of those funds and accrued interest to investors. The Commission also obtained the Court's authorization to retain Damasco & Associates to provide tax administration services relating to the interest accruing in the court's registry on the funds deposited for this case. At the current time, there is about $36,221 remaining in the court's registry for this case.

GOOD CAUSE APPEARING, the Court hereby authorizes the payment of $1,585.00 in tax administrator fees to the Damasco firm. The Damasco firm is authorized to apply $40.46 in federal tax refunds towards those fees and the remaining $1,544.54 is to be paid from the funds in the court's registry. The Clerk of the Court is authorized to issue a check in the amount of $1,544.54 payable to "Damasco & Associates LLP" at 700 Monte Vista Lane, Half Moon Bay, CA 94019 for Invoice No. 603.

SO ORDERED.

DATED: June 21, 2013

*Lucy H. Koh*
Judge Lucy H. Koh
United States District Court

Tax Fee Payment Order
C-02-03685-LHK